No. 79–145. California v. Minjares. Sup. Ct. Cal. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. The Chief Justice, Mr. Justice Blackmun, and Mr. Justice Rehnquist would grant certiorari.

No. 79–194. Gigante v. Lankler, Deputy Attorney General of New York. Ct. App. N. Y. Motions of Roman Catholic Archdiocese of New York and Central Rabbinical Congress of the United States and Canada for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 79–5223. Mason et ux. v. Korologos et al. C. A. 4th Cir. Certiorari denied. Mr. Justice Rehnquist took no part in the consideration or decision of this petition.

No. 77–1032. City of Columbus et al. v. Leonard et al., 443 U. S. 905;

No. 78–329. Bellotti, Attorney General of Massachusetts, et al. v. Baird et al., 443 U. S. 622;

No. 78–334. Fare, Acting Chief Probation Officer v. Michael C., 442 U. S. 707;

No. 78–610. Columbus Board of Education et al. v. Penick et al., 443 U. S. 449;

No. 78–627. Dayton Board of Education et al. v. Brinkman et al., 443 U. S. 526;

No. 78–749. Kentucky v. Whorton, 441 U S. 786;

No. 78–1084. Kentucky v. Williams, 442 U. S. 914;

No. 78–1085. Kentucky v. Avery, 442 U. S. 914;

No. 78–1303. Chisnell v. Chisnell, 442 U. S. 940; and

No. 78–1379. Tahoe Nugget, Inc., dba Jim Kelley's Tahoe Nugget, et al. v. National Labor Relations Board, 442 U. S. 921. Petitions for rehearing denied.